1NITED STATES DISTRICT COURT

                         DISTRICT OF ARIZONA


January 25, 2010

Michael Jeanes, Clerk
Maricopa County Superior Court
201 West Jefferson
Phoenix, Arizona 85003-2205

**RE:**     Remanded to Maricopa County Superior Court

            District Court Case Number: CV 09-1900-PHX-GMS
             Carl J. and Diane M. Minker,et al v. Washington
                            Mutual, et al
            Superior Court Number: CV 2009-026427

Dear Mr. Jeanes:

Enclosed is a certified copy of the Order entered in this
Court on January 25, 2010, remanding the above case to
Maricopa County Superior Court for the State of Arizona.

                              Sincerely,

                              RICHARD H. WEARE,
                              DCE/CLERK OF COURT
                              s/D.Taylor
                              Deputy Clerk
Enclosure
cc: All Counsel of Record
    Civil Court Administrator